```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    ROBERT I. LESTER
 4  Assistant United States Attorney
    California State Bar No. 116429
 5       Room 7516, Federal Building
         300 North Los Angeles Street
 6       Los Angeles, California  90012
         Telephone: (213) 894-2464
 7       Facsimile: (213) 894-7819
         robert.lester@usdoj.gov
 8
    Attorneys for Defendants
 9
                    UNITED STATES DISTRICT COURT
10                 CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DIVISION
11
    MENEZES, Monique Nastari    )  No. CV 12-4031-PA(CWx)
12  LEE, Andy Van,              )
                                )
13        Plaintiffs,           )
                                )
14        v.                    )  [PROPOSED]
                                )
15  DAVID M. DOUGLAS, District Director, )
    Los Angeles District U.S. Citizenship)  ORDER DISMISSING ACTION
16  and Immigration Services    )  PER STIPULATION
    &                           )
17  ERIC H. HOLDER, Jr.         )
    US Attorney General,        )
18  U.S. Department of Justice, )
                                )
19        Defendants.           )
                                )
20  _____
```

FILED
CLERK, U.S. DISTRICT COURT
SEP 28 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

Pursuant to stipulation, IT IS HEREBY ORDERED that:

1. This mandamus action is dismissed as moot, because plaintiffs have now received the relief they sought in this case.

2. Each side shall bear its own attorney's fees and costs.

DATED: September 28, 2012.

_____
UNITED STATES DISTRICT JUDGE