```
                                              FILED
                                    CLERK, U.S. DISTRICT COURT

 1  ANDRÉ BIROTTE JR.
    United States Attorney              SEP 28 2012
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division           CENTRAL DISTRICT OF CALIFORNIA
    ROBERT I. LESTER                BY                   DEPUTY
 4  Assistant United States Attorney
    California State Bar No. 116429
 5       Room 7516, Federal Building
         300 North Los Angeles Street          JS-6
 6       Los Angeles, California 90012
         Telephone: (213) 894-2464
 7       Facsimile: (213) 894-7819
         robert.lester@usdoj.gov
 8
    Attorneys for Defendants
 9
                    UNITED STATES DISTRICT COURT
10                 CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DIVISION
11
    MENEZES, Monique Nastari     )  No. CV 12-4031-PA(CWx)
12  LEE, Andy Van,               )
                                 )
13       Plaintiffs,             )
                                 )
14       v.                      )  [PROPOSED]
                                 )
15  DAVID M. DOUGLAS, District Director, )  ORDER DISMISSING ACTION
    Los Angeles District U.S. Citizenship) PER STIPULATION
16  and Immigration Services     )
    &                            )
17  ERIC H. HOLDER, Jr.          )
    US Attorney General,         )
18  U.S. Department of Justice,  )
                                 )
19       Defendants.             )
                                 )
20
```

Pursuant to stipulation, IT IS HEREBY ORDERED that:

1. This mandamus action is dismissed as moot, because plaintiffs have now received the relief they sought in this case.

2. Each side shall bear its own attorney's fees and costs.

DATED: September 28, 2012.

_____
UNITED STATES DISTRICT JUDGE